**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>    Ashiea Lanee Smith<br><br>Debtor(s) | Case No. 13 B 49506 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/31/2013.

2) The plan was confirmed on 03/19/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/19/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/27/2014.

5) The case was Dismissed on 07/23/2014.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $750.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $750.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $28.62 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $34.50 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $63.12

Attorney fees paid and disclosed by debtor:    $234.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| American InfoSource LP | Unsecured | 1,839.00 | 1,803.97 | 1,803.97 | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 817.00 | 809.29 | 809.29 | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 847.00 | 846.60 | 846.60 | 0.00 | 0.00 |
| Ameriloan | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Unsecured | 3,477.00 | 1,544.13 | 1,544.13 | 0.00 | 0.00 |
| CACH LLC | Unsecured | 3,452.00 | 3,452.11 | 3,452.11 | 0.00 | 0.00 |
| Capital One | Unsecured | 515.00 | NA | NA | 0.00 | 0.00 |
| Citibank | Unsecured | 772.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago - EMS | Unsecured | 1,007.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank | Unsecured | 741.00 | NA | NA | 0.00 | 0.00 |
| Dell Financial Services Inc | Unsecured | NA | 3,425.72 | 3,425.72 | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 3,866.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 15,603.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 4,398.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 3,655.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 9,298.00 | NA | NA | 0.00 | 0.00 |
| Destiny Dental | Unsecured | 661.00 | NA | NA | 0.00 | 0.00 |
| DISCOVERY TOYS INC./ H-Z | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| GE Money Retail BANK | Unsecured | 1,250.00 | NA | NA | 0.00 | 0.00 |
| Grand Canyon Universit | Unsecured | 5,695.00 | NA | NA | 0.00 | 0.00 |
| iGO carsharing | Unsecured | 147.00 | NA | NA | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | NA | 42,242.13 | 42,242.13 | 0.00 | 0.00 |
| Jackson Park Hospital | Unsecured | 4,783.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 7,864.05 | 7,864.05 | 0.00 | 0.00 |
| LA Fitness | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| La Rabida Children's Hospital | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| Lane Bryant/WFNNB | Unsecured | 741.00 | NA | NA | 0.00 | 0.00 |
| Medical Express Ambulance Service | Unsecured | 3,700.00 | NA | NA | 0.00 | 0.00 |
| Mercy Physician Billing | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| Midwest Medical Services | Unsecured | 633.00 | NA | NA | 0.00 | 0.00 |
| Oreck Direct | Unsecured | 387.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PNC Bank | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,785.00 | 1,785.85 | 1,785.85 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 515.00 | 514.62 | 514.62 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 549.26 | 549.26 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 522.00 | 522.34 | 522.34 | 0.00 | 0.00 |
| Radiological Physicians, Ltd | Unsecured | 381.00 | NA | NA | 0.00 | 0.00 |
| Rodale Books | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Sallie MAE | Unsecured | 3,485.00 | NA | NA | 0.00 | 0.00 |
| Sallie MAE | Unsecured | 5,620.00 | NA | NA | 0.00 | 0.00 |
| Sallie MAE | Unsecured | 2,813.00 | NA | NA | 0.00 | 0.00 |
| Sallie MAE | Unsecured | 2,987.00 | NA | NA | 0.00 | 0.00 |
| Sallie MAE | Unsecured | 5,846.00 | NA | NA | 0.00 | 0.00 |
| Sallie MAE | Unsecured | 7,733.00 | NA | NA | 0.00 | 0.00 |
| Sallie MAE | Unsecured | 7,354.00 | NA | NA | 0.00 | 0.00 |
| Sallie MAE | Unsecured | 5,846.00 | NA | NA | 0.00 | 0.00 |
| Silverleaf Resorts, Inc. | Unsecured | 5,710.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | 991.00 | 0.96 | 0.96 | 0.00 | 0.00 |
| Springleaf Financial Services | Secured | 861.00 | 861.96 | 861.96 | 54.45 | 20.48 |
| Staples | Unsecured | 772.00 | NA | NA | 0.00 | 0.00 |
| The Pediatric Faculty Found. | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| The University of Chicago Physicians Gro | Unsecured | 4,912.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 42,023.00 | 38,253.31 | 38,253.31 | 0.00 | 0.00 |
| Webbank/DFS | Unsecured | 3,438.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Dealer Services | Secured | 6,833.00 | 7,574.45 | 6,833.00 | 546.10 | 65.85 |
| Wells Fargo Dealer Services | Unsecured | NA | 741.45 | 741.45 | 0.00 | 0.00 |
| World Financial Network BANK | Unsecured | 1,786.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,833.00 | $546.10 | $65.85 |
| All Other Secured | $861.96 | $54.45 | $20.48 |
| **TOTAL SECURED:** | **$7,694.96** | **$600.55** | **$86.33** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$104,355.79** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $63.12 |
| Disbursements to Creditors | $686.88 |
| **TOTAL DISBURSEMENTS** : | **$750.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/06/2014            By: /s/ Marilyn O. Marshall
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**